# United States Court of Appeals

### For the Eighth Circuit

_____

No. 12-3345

_____

Teresa Broussard, as Guardian of Austin Weaver, also known as John Doe

*Plaintiff - Appellant*

v.

Waldron School District; James Floyd, Individually and in his official capacity as Superintendent; Alice McConnell, Individually and in her official capacity as Principal; Gary Clepper, Individually and in his official capacity as School Resource Officer; David Maxwell, Individually and in his official capacity as School Mental Health Therapist

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: October 2, 2013
Filed: October 15, 2013
[Unpublished]

_____

Before LOKEN, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Teresa Broussard, as guardian of Austin Weaver, appeals the district court's[1] adverse grant of summary judgment in this 42 U.S.C. § 1983 action. Upon de novo review of the record, see Atkinson v. City of Mountain View, Mo., 709 F.3d 1201, 1207 (8th Cir. 2013), we conclude that summary judgment was warranted for the reasons stated by the district court. We find no merit to the procedural matters Broussard has raised on appeal. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.